[No. 6142–6–III. Division Three. July 23, 1985.]

*In the Matter of the Marriage of* MARGARET MARY
SCHWARTZ ADAMS, *Appellant, and* FRANCIS
PAUL ADAMS, *Respondent.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 32106, Fred Van Sickle, J., entered
November 11, 1983. *Affirmed* by unpublished opinion per
McInturff, A.C.J., concurred in by Munson and Thompson,
JJ.

[No. 6879–6–II. Division Two. July 24, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
WADE MCDANIELS, *Appellant.*

Appeal from judgments of the Superior Court for Cowlitz
County, Nos. 82–7–00035–1, 82–7–00040–8, Milton R. Cox,
J., entered January 13, 1983. *Affirmed* by unpublished
opinion per Reed, A.C.J., concurred in by Petrich and
Alexander, JJ.

[No. 6256–2–III. Division Three. July 25, 1985.]

*In the Matter of the Estate of*
ELDA THEW STEPHENSON.

RONALD STEPHENSON, *Appellant,* v. VADA L.
AUMANN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Adams
County, No. 5008, Gordon Swyter, J., entered December 8,
1983. *Affirmed* by unpublished opinion per Green, C.J.,
concurred in by McInturff and Thompson, JJ.